FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 FEB 27 A 9: 2

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIAM EDDIE PARKER,       )
                            )
             Plaintiff,     )
                            )
        v.                  )      CIVIL ACTION NO.: CV512-037
                            )
                            )
COMMISSIONER OF             )
SOCIAL SECURITY,            )
                            )
             Defendant.     )

## ORDER

Plaintiff filed Objections to the Magistrate Judge's Report dated January 18, 2013, which recommended that the decision of the Social Security Commissioner be affirmed. After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

A review of Plaintiff's Objections indicates that he wishes this Court to reweigh the evidence presented to the Administrative Law Judge. But as the Magistrate Judge noted, this Court's role is to ensure that the Administrative Law Judge's determination is supported by substantial evidence and the appropriate legal standards. The Administrative Law Judge's determination, which became the final decision of the Commissioner for the Social Security Administration, is so supported. Accordingly, Plaintiff's Objections are without merit and are **overruled**.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of February, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA